UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYREEN E. WRIGHT,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>        Defendant. | 20-CV-10941 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  Plaintiff, appearing *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112-12117; Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a); and the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601 to 2654. He alleges that his former employer discriminated and retaliated against him based on his religion and disability. For the following reasons, the complaint is dismissed.

  Plaintiff has submitted to this Court a substantially similar complaint that is pending under case number 20-CV-11054 (AJN). Because this complaint raises the same claims against the same defendants, no useful purpose would be served by the further litigation of this duplicate lawsuit. Therefore, this action is dismissed without prejudice to Plaintiff's pending action under case number 20-CV-11054 (AJN).[1]

---

[1] Should Plaintiff wish to add new defendants, allegations, or claims, he may seek to amend the complaint in the pending case in compliance with Rule 15 of the Federal Rules of Civil Procedure.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Plaintiff's complaint is dismissed without prejudice as duplicative of the pending action under case number 20-CV-11054 (AJN). All other pending matters in this case are terminated.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 5, 2021
         New York, New York

                                            COLLEEN McMAHON
                                     Chief United States District Judge