UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYREEN E. WRIGHT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>　　　　　　　　　　Defendant. | 20-CV-10941 (CM)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued January 5, 2021, dismissing the complaint,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 20-CV-11054 (AJN). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　January 5, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge